AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HUGH KRETSCHMER <br><br> *Plaintiff(s)* <br> v. <br> DROR BENSHETRIT, and <br> SUPERNATURE LABS LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:25-cv-21018 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   DROR BENSHETRIT
147 Camden Drive
Bal Harbour, Florida 33154

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DUNCAN FIRM, P.A.
James H. Bartolomei III
809 W. 3rd Street
Little Rock, Arkansas 72201
Tel.: (501) 228-7600
james@duncanfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 5, 2025  _____

Angela E. Noble
Clerk of Court

s/ K. Rivers
_____
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| HUGH KRETSCHMER <br><br> *Plaintiff(s)* <br> v. <br><br> DROR BENSHETRIT, and <br> SUPERNATURE LABS LLC <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:25-cv-21018 <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUPERNATURE LABS LLC
147 Camden Drive
Bal Harbour, Florida 33154

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   DUNCAN FIRM, P.A.
James H. Bartolomei III
809 W. 3rd Street
Little Rock, Arkansas 72201
Tel.: (501) 228-7600
james@duncanfirm.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Mar 5, 2025



Angela E. Noble
Clerk of Court

s/ K. Rivers
Deputy Clerk
U.S. District Courts